## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| REGIONAL AIR, INC., | ) |  |
| --- | --- | --- |
|  | ) |  |
| Plaintiff, | ) |  |
| v. | ) | Case No. CIV-08-342-C |
|  | ) |  |
| CANAL INSURANCE COMPANY, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

## **DEFENDANT'S WITNESS AND EXHIBIT LISTS**

Pursuant to the Court's Scheduling Order, defendant Canal Insurance Company submits its Witness and Exhibit Lists.

### **Witnesses**

| No. | Name and Address | Proposed Testimony |
| --- | --- | --- |
| 1. | George Patrick<br>Canal Insurance Company<br>P. O. Box 7<br>Greenville, South Carolina | Deposed |
| 2. | Ray Cunningham<br>P. O. Box 1469<br>Lawton, Oklahoma | Deposed |
| 3. | Mike England<br>P. O. Box 1773<br>Shreveport, Louisiana | Deposed |
| 4. | Mark Oldham<br>P. O. Box 20826<br>Oklahoma City, Oklahoma | Deposed |
| 5. | Ron Watts<br>P. O. Box 1677<br>Lawton, Oklahoma | Documents in Southwest Claims' file. |
| 6. | Tim Poe<br>Shreveport, Louisiana | Standard practice of Rush Peterbilt regarding checking engines on damaged trucks. |
| 7. | Records custodians as necessary to identify and authenticate documents. |  |

1

| No. | Name and Address | Proposed Testimony |
|---|---|---|
| 8. | All of plaintiff's witnesses to the extent not objected to. | |
| 9. | Additional witnesses revealed through further investigation and discovery. | |

## Exhibits

| No. | Description | Objection | Federal Rule of Evidence Relied Upon |
|---|---|---|---|
| 1. | Policy No. A332408. | | |
| 2. | Accord Automobile Loss Notice. | | |
| 3. | June 19, 2001 correspondence from Charles England to Regional Air. | | |
| 4. | Photographs of subject truck taken by Mike England. | | |
| 5. | Invoice from Northside Towing for load. | | |
| 6. | Invoice from Northside Towing for truck. | | |
| 7. | Invoice from Northside Towing for trailer. | | |
| 8. | Mike England's damage appraisal for subject truck. | | |
| 9. | Truck inspection. | | |
| 10. | July 31, 2001 correspondence from Mike England to Canal. | | |
| 11. | Check No. 885056. | | |
| 12. | August 2, 2001 correspondence from Mike England to Regional Air with attachments. | | |
| 13. | August 7, 2001 correspondence from Ray Cunningham to Mike England. | | |
| 14. | August 8, 2001 correspondence from Mike England to Ray Cunningham with attachments. | | |
| 14. | September 5, 2001 correspondence from Mike England to Canal. | | |

| No. | Description | Objection | Federal Rule of Evidence Relied Upon |
|---|---|---|---|
| 15. | September 5, 2001 correspondence from City Capital to Mike England. | | |
| 16. | September 6, 2001 correspondence from Mike England to Canal. | | |
| 17. | September 6, 2001 correspondence from Mike England to City Capital. | | |
| 18. | September 12, 2001 correspondence from Mike England to Canal. | | |
| 19. | September 14, 2001 correspondence from Mike England to City Capital. | | |
| 20. | October 15, 2001 correspondence from Mike England to Canal with attachments. | | |
| 21. | November 9, 2001 correspondence from Mike England to Canal. | | |
| 22. | November 12, 2001 correspondence from Mike England to Canal with attachments. | | |
| 23. | November 13, 2001 correspondence from Mike England to City Capital. | | |
| 24. | November 29, 2001 correspondence from Mike England to Canal. | | |
| 25. | March 7, 2002 correspondence from Mike England to Canal. | | |
| 26. | August 19, 2002 correspondence from Thomas Stewart to Regional Air. | | |
| 27. | March 21, 2003 correspondence from Ed Dzialo to Canal with attachments. | | |

| No. | Description | Objection | Federal Rule of Evidence Relied Upon |
|---|---|---|---|
| 28. | March 28, 2003 correspondence from Mike England to Canal with attachments. | | |
| 29. | April 15, 2003 correspondence from Daniel Ford to Ed Dzialo. | | |
| 30. | May 7, 2003 correspondence from Daniel Ford to Ed Dzialo. | | |
| 31. | March 12, 2007 Order Appointing Umpire. | | |
| 32. | March 21, 2007 correspondence from Ed Dzialo to umpire. | | |
| 33. | March 26, 2007 correspondence from umpire to appraisers. | | |
| 34. | April 3, 2007 correspondence from Robert Ross to umpire. | | |
| 35. | May 19, 2007 correspondence from Mike England to umpire. | | |
| 36. | January 28, 2008 correspondence from umpire to Mike England. | | |
| 37. | Appraisal Award. | | |
| 38. | February 18, 2008 correspondence from umpire to counsel. | | |
| 39. | Photographs of truck taken by Southwest Claims. | | |
| 40. | Appraisal from Hugh Currey. | | |
| 41. | Title documents and history on truck from Oklahoma Tax Commission. | | |
| 42. | Sales contract for truck. | | |
| 43. | July 31, 2008 Application for Replacement Title. | | |
| 44. | Repo title and supporting documents. | | |
| 45. | Plaintiff's responses to written discovery. | | |
| 46. | Check for amount of appraisal award. | | |
| 47. | All exhibits listed by plaintiff not objected to. | | |

| No. | Description | Objection | Federal Rule of Evidence Relied Upon |
|-----|-------------|-----------|--------------------------------------|
| 48. | Any exhibits revealed through additional investigation and discovery. | | |

Respectfully submitted,

NIEMEYER, ALEXANDER,
AUSTIN & PHILLIPS, P.C.

By: ___s/Harris A. Phillips_____
Harris A. Phillips, OBA No. 14134
NIEMEYER, ALEXANDER,
AUSTIN & PHILLPS, P.C.
Three Hundred North Walker
Oklahoma City, OK 73102-1800
Telephone: (405) 232-2725
Facsimile: (405) 239-7185
E-mail: harrisphillips@niemeyerfirm.com
*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 25, 2008, I electronically transmitted the attached document to the clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Edward W. Dzialo, Jr.
Godlove, Mayhall, Dzialo, Dutcher & Erwin
802 "C" Avenue
P. O. Box 29
Lawton, OK 73502
E-Mail: ewd@gmdde.com

*Attorneys for Plaintiff*

s/Harris A. Phillips_____
Harris A. Phillips