IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

UNITED STATES COURTHOUSE
N. W. 4TH & HARVEY, OKLAHOMA CITY, OKLAHOMA
COURTROOM NO. 501 - 5th FLOOR

TRIAL DOCKET BEFORE JUDGE ROBIN J. CAUTHRON

**A PHOTO ID IS REQUIRED FOR ANYONE TO ENTER THE FEDERAL COURTHOUSE**

**MONDAY, FEBRUARY 9,  2009**

NOTICE TO ALL COUNSEL:  YOU ARE DIRECTED BY JUDGE CAUTHRON TO APPEAR BEFORE THE COURT ON **WEDNESDAY, FEBRUARY 4, 2009 AT 9:00 A. M.**  ANY LAST MINUTE PROBLEMS IN THE CASE WILL BE DISCUSSED AT THIS DOCKET CALL. **COUNSEL SHALL PROVIDE A TYPEWRITTEN WITNESS LIST AND EXHIBIT LIST FOR JUDGE CAUTHRON, THE COURT REPORTER AND COURTROOM DEPUTY JUST PRIOR TO TRIAL.(LR43.1)**

**CASES WILL NOT NECESSARILY BE TRIED IN ORDER LISTED**

**You must have an entry of appearance on file and be registered with ECF.**

| | | |
|---|---|---|
| CIV-07-1400-C | LYNN R. WOODS-GASTON | Lynn R. Woods-Gaston |
| | VS | |
| | SEQUOYAH ENTERPRISES, INC. | Kevin R. Donelson<br>Regina M. Marsh |
| CIV-08-342-C | REGIONAL AIR, INC. | Edward W. Dzialo, Jr. |
| | VS | |
| | CANAL INSURANCE COMPANY | Harris A. Phillips, III<br>Linda G. Alexander |

| | | |
|---|---|---|
| CIV-05-445-C | PONCA TRIBE OF INDIANS OF OKLAHOMA, ET AL. | Christine D. Little |
| | | Andrea D. Stailey |
| | | Christopher K. Woolsley |
| | | Jason Bjorn Aamodt |
| | | Kalyn Cherie Free |
| | | Richard Casey Cooper |
| | | Will K. Wright, Jr. |
| | VS | |
| | CONTINENTAL CARBON COMPANY, ET AL. | Ragu-Jara Gregg |
| | | Seth D. Coldiron |
| | | David T. Buente |
| | | Keith J. Klein |
| | | Mark D. Coldiron |
| | | Patrick R. Pearce, Jr. |
| | | Patrick M. Ryan |
| | | Phillip G. Whaley |
| | | Thomas G. Echikson |
| | | Michael J. Novotny |
| | | Charles E. Geister, III |
| | | Kurt M. Rupert |
| | | Craig A. Fitzgerald |
| | | David E. Keglovits |
| | | Amelia A. Fogleman |
| | | C. Robert Stell |
| | | John H. Rule |
| | | L. Mark Walker |
| | | Oliver S. Howard |
| | | Scott R. Rowland |
| | | Tyson Dean Schwerdtfeger |