IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| Regional Air, Inc. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-08-342-C |
| | ) | |
| Canal Insurance Company, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Upon consideration and review of the Final Pretrial Report submitted to this Court by counsel for all parties, the Court hereby APPROVES the same.

**IT IS SO ORDERED** this 3rd day of February, 2009.

_____
ROBIN J. CAUTHRON
United States District Judge