## CIVIL TRIAL

CASE NO. <u>CIV-08-342</u>-C CIVIL                                                                DATE <u>2/9/09</u>

STYLE <u>         REGIONAL AIR, INC.         </u>  v.  <u>         CANAL INSURANCE COMPANY         </u>

PROCEEDINGS:            (FURTHER) NON-JURY TRIAL            (FURTHER) JURY TRIAL

COMMENCED <u>  9:15  </u>            ENDED <u>  11:45  </u>

COMMENCED <u>  12:45  </u>          ENDED <u>  4:00  </u>            TOTAL TIME: <u>  5  </u> Hrs. <u>  45  </u> Mins.

JUDGE Robin J. Cauthron            DEPUTY CLERK Linda Goode            REPORTER Greg Bloxom

PLF COUNSEL <u>            Edward W. Dzialo, Jr.            </u>

DFT COUNSEL <u>            Harris A. Phillips, III            </u>

ENTER AS ABOVE.   <u>Parties announce ready.  Jury duly empaneled and admonished</u>.

<u>Rule invoked on mtn of Plf</u>. - Dft.            <u>Plf. - Dft. make opening statement</u>.

<u>Plf</u> (<u>presents</u> - continues) <u>case in chief with testimony of witnesses</u>.

Plf's exhibits admitted. <u>     1, 2, 3, 20     </u>

Dft's exhibits admitted. <u>     1, 2, 4, 6, 8, 9, 10, 14, 32, 33, 36, 37, 38, 39, 40     </u>

Plf rests.  Plf cross-claims.  Dft's mtn for (JMOL - Dismissal)     Granted     Denied  Under Advisement

Dft (presents - continues) case in chief with testimony of witnesses.

Plf presents rebuttal evidence with testimony of witnesses and rests.

Dft presents surrebuttal evidence with testimony of witnesses and rests.

Parties rest.  Plf cross-claims.  Dft renews mtn for (JMOL - Dismissal)  Granted  Denied            Under Advisement

Closing arguments. _____   Court instructs the jury. _____   Bailiff sworn. _____

Jury retires to deliberate at _____ .  Jury returns with verdict in favor of _____ at

_____ .        Jury is polled.        Jury is discharged.

Plf. - Dft. to file (brief - Findings of Fact & Conc. of Law) within ___ days

Plf - Dft to answer w/i ___ days thereafter:  Plf - Dft to reply w/i ___ days thereafter:  Case taken under advisement:

Court finds in favor of (Plf. - Dft.)       Counsel for (Plf - Dft) to prepare formal order.            Clerk to file judgment.

Court adjourns to _____

CASE NO. CIV-08-342-C    DEPUTY Linda Goode    JUDGE Robin J. Cauthron    DATE 2-9-09

## NAMES OF JURORS

1. _____    7. _____
2. _____    8. _____
3. _____    9. _____
4. _____    10. _____
5. _____    11. _____
6. _____    12. _____

ALT #1 _____    ALT #2 _____

JURORS SEATED _____    CHALLENGED _____    NOT USED _____

## CHALLENGES

| PLAINTIFF: | DEFENDANT: | EXCUSED FOR CAUSE: |
|---|---|---|
| 1. _____ | 1. _____ | 1. _____ |
| 2. _____ | 2. _____ | 2. _____ |
| 3. _____ | 3. _____ | 3. _____ |
| 4. _____ | 4. _____ | 4. _____ |
| 5. _____ | 5. _____ | 5. _____ |

| WITNESSES FOR PLAINTIFF | WITNESSES FOR DEFENDANT |
|---|---|
| 1. Ray Cunningham | 1. |
| 2. Hugh Currey | 2. |
| 3. Mark Oldham | 3. |
| 4. Jim Little | 4. |
| 5. | 5. |
| 6. | 6. |
| 7. | 7. |
| 8. | 8. |
| 9. | 9. |
| 10. | 10. |
| 11. | 11. |
| 12. | 12. |