## CIVIL TRIAL

CASE NO. <u>CIV-08-342</u>-C CIVIL                                                                                       DATE <u>2/10/09</u>

STYLE <u>          REGIONAL AIR, INC.          </u> v. <u>          CANAL INSURANCE COMPANY          </u>

PROCEEDINGS:           (FURTHER) NON-JURY TRIAL           <u>(FURTHER) JURY TRIAL</u>

COMMENCED <u>   9:00   </u>           ENDED <u>   10:50   </u>

TOTAL TIME: <u>   3   </u> Hrs. <u>   35   </u> Mins.

COMMENCED <u>   12:00   </u>           ENDED <u>   1:45   </u>

JUDGE Robin J. Cauthron           DEPUTY CLERK Linda Goode           REPORTER Greg Bloxom

PLF COUNSEL           <u>Edward W. Dzialo, Jr.</u>

DFT COUNSEL           <u>Harris A. Phillips, III</u>

ENTER AS ABOVE.   Parties announce ready.  Jury duly empaneled and admonished.

Rule invoked on mtn of Plf. - Dft.           Plf. - Dft. make opening statement.

<u>Plf</u> (presents - <u>continues</u>) <u>case in chief with testimony of witnesses</u>.

Plf's exhibits admitted. <u>   11, 12, 13   </u>

Dft's exhibits admitted.

<u>Plf rests.</u>  Plf cross-claims.  <u>Dft's mtn for (JMOL</u> - Dismissal)      <u>Granted</u>           Denied           Under Advisement

Dft (presents - continues) case in chief with testimony of witnesses.

Plf presents rebuttal evidence with testimony of witnesses and rests.

Dft presents surrebuttal evidence with testimony of witnesses and rests.

Parties rest. Plf cross-claims. Dft renews mtn for (JMOL - Dismissal)   Granted   Denied           Under Advisement

Closing arguments. <u>   12:15   </u> Court instructs the jury. <u>   12:10   </u> Bailiff sworn. <u>   12:25   </u>

Jury retires to deliberate at <u>   12:27   </u>. Jury returns with verdict in favor of <u>  plaintiff on damages  </u> at

<u>   1:30   </u>.     <u>Jury is polled</u>.     <u>Jury is discharged</u>.

Plf. - Dft. to file (brief - Findings of Fact & Conc. of Law) within ___ days

Plf - Dft to answer w/i __ days thereafter: Plf - Dft to reply w/i __ days thereafter: Case taken under advisement:

Court finds in favor of (Plf. - Dft.)      Counsel for (Plf - Dft) to prepare formal order.           Clerk to file judgment.

Court adjourns to

## NAMES OF JURORS

1. _____    7. _____
2. _____    8. _____
3. _____    9. _____
4. _____    10. _____
5. _____    11. _____
6. _____    12. _____

ALT #1 _____    ALT #2 _____

JURORS SEATED _____    CHALLENGED _____    NOT USED _____

## CHALLENGES

| PLAINTIFF: | DEFENDANT: | EXCUSED FOR CAUSE: |
|---|---|---|
| 1. | 1. | 1. |
| 2. | 2. | 2. |
| 3. | 3. | 3. |
| 4. | 4. | 4. |
| 5. | 5. | 5. |

| WITNESSES FOR PLAINTIFF | WITNESSES FOR DEFENDANT |
|---|---|
| 1. Jim Little | 1. |
| 2. Ray Cunningham - (Damages) | 2. |
| 3. | 3. |
| 4. | 4. |
| 5. | 5. |
| 6. | 6. |
| 7. | 7. |
| 8. | 8. |
| 9. | 9. |
| 10. | 10. |
| 11. | 11. |
| 12. | 12. |