IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

FILED

FEB 1 0 2009

ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA
BY _____ DEPUTY

| | |
|---|---|
| REGIONAL AIR, INC., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. CIV-08-342-C |
| ) | |
| CANAL INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

<u>JURY NOTE NO. 1</u>

We have a verdict.

*[signature]*