UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

**FILED**
FEB 1 0 2009
ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA
BY _____, DEPUTY

| | |
|---|---|
| REGIONAL AIR, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. CIV-08-342-C |
| ) | |
| CANAL INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

## VERDICT FORM

We, the jury, duly empaneled and sworn in the above entitled cause, do, upon our oaths, find:

__✓__ in favor of Plaintiff, Regional Air, Inc., and award damages in the amount of $12,000.00

- OR -

____ in favor of Defendant, Canal Insurance Company.

2-10-09
Date

_____
Presiding Juror